IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN L. WILKE,

      Plaintiff,

                                     Case No.  14-cv-639-wmc

  v.

ADAM STUBLASKI, MATTHEW
STAKE, BRIAN HAYES, DAVID
SCHWARTZ, WRIGHT, POTTER, AND
DUTCHER,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 2/22/2019 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |