APPENDIX OF FORMS TO FEDERAL RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

A. B., Kevin Wilke Plaintiff(s),

v.

C.D., Adam Stublaski Defendant(s)

File Number 14-CV-639-WMC

Notice of Appeal

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the __7th__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _31_ day of _3_, _2019_

(s) Kevin Wilke
Attorney for _____
Address: 920 Poasman Apt A
Green Bay WI
54303

* See Rule 3(c) for permissible ways of identifying appellants.

Adam Stublaski
Judge Greg Potter
Judge Wright
Judge Putcher