IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN L. WILKE,

    Plaintiff,

v.

Case No. 14-cv-639-wmc

ADAM STUBLASKI, MATTHEW STAKE,
BRIAN HAYES, DAVID SCHWARTZ,
HONORABLE JUDGE WRIGHT,
HONORABLE JUDGE POTTER AND
HONORABLE JUDGE DUTCHER,

    Defendants.

## AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Kevin L. Wilke leave to proceed and dismissing his claims against Matthew Stake, Brian Hayes, David Schwartz, granting summary judgment in favor of Adam Stublaski and dismissing plaintiff's claims under Wis. Stat. § 782.09 against defendants Honorable Judge Wright, Honorable Judge Potter and Honorable Judge Dutcher without prejudice.

| /s/ | 11/22/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |